**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Andre HOWELL, Respondent**

**No. 355 EAL 2016**

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW**, this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**BOWER HILL AT MT. LEBANON CO., a Cooperative Association, Respondent**

v.

**IHP/BOWER HILL, LLC, a limited liability company, Petitioner**

**No. 305 WAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**David T. WAGNER, Petitioner**

**No. 420 WAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**